Jasen, J.
(dissenting in part). While I recognize that the traditional rule is that a provision for renewal of a lease must be “certain” in order to render it binding and enforceable, in my view the better rule would be that if the tenant can establish its entitlement to renewal under the lease, the mere presence of a provision calling for renewal at “rentals to be agreed upon” should not prevent judicial intervention to fix rent at a reasonable rate in order to avoid a forfeiture. Therefore, I would affirm the order of the Appellate Division for the reasons stated in the opinion of Justice Leon D. Lazer at the Appellate Division.
Chief Judge Cooke and Judges Gabrielli, Jones and Wachtler concur with Judge Fuchsberg; Judge Meyer concurs in a memorandum; Judge Jasen dissents in part and on defendant’s appeal votes to affirm in a memorandum.
On defendant’s appeal: Order reversed, with costs, the *113 orders of Supreme Court, Suffolk County, reinstated and the question certified answered in the negative.
On plaintiff’s appeal: Appeal dismissed, without costs.